# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                         No. 4:19-cr-00302-JM-01

NAPOLEON FOSTER                                         DEFENDANT

## **ORDER**

The motion filed by the United States to dismiss the information against Napoleon Foster in this matter is GRANTED. Document #2. The information in the above referenced case is dismissed without prejudice and the warrant recalled.

IT IS SO ORDERED this 2nd day of March, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE